IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRONTIER STATE BANK, an Oklahoma state banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WUNDERLICH LOAN CAPITAL CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 5:17-cv-01082-R<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Frontier State Bank, an Oklahoma state banking corporation, and Defendant, Wunderlich Loan Capital Corp. (hereinafter the "Parties"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above captioned matter, with prejudice to the re-filing of a future action as between the Parties. Each of the Parties is to bear their own attorney fees and costs.

Dated this 17th day of September, 2018.

                                                Respectfully Submitted,

                                                /s/ Stuart A. Knarr
                                                STUART A. KNARR, OBA #13711
                                                Of the firm Pate & Knarr, P.C.
                                                P. O. Box 1907
                                                Oklahoma City, Oklahoma 73101
                                                (405) 235-4211
                                                (405) 232-3930 (facsimile)
                                                sknarr@pkklawyers.com
               -and-
                                                C. Gregory Shamoun
                                                Of the firm Shamoun & Norman, LLP
                                                1800 Valley View lane, Suite 200
                                                Farmers Branch, Texas 75234
                                                g@snlegal.com
                                                **Attorneys for Plaintiff, Frontier State Bank**

/s/ Robert J. Carlson
Robert J. Carlson, OBA#19312
GableGotwals
1100 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
(918) 595-4800
(918) 595-4990 (facsimile)
rcarlson@gablelaw.com
**Attorney for Defendant, Wunderlich Loan Capital Corp.**